IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  09-cv-00838-RPM-CBS

TIMOTHY J. HARRINGTON,

    Plaintiff,

v.

PFIZER, INC., a Delaware corporation, and
VINCE POWELL, individually,

    Defendants.

---

ORDER APPROVING STIPULATION AND DISMISSAL OF CASE WITH PREJUDICE

---

Pursuant to the Stipulation [18], filed October 30, 2009, it is

ORDERED that the Stipulation is approved and this case is dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated: November 2nd, 2009

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge